

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR09-20038 |
| v. | ) | IN VIOLATION OF: |
| KEVIN D. LEWIS, | ) | Title 18, United States Code, Section 922(g)(1) |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about April 8, 2009, in Macon County, in the Central District of Illinois, the defendant,

**KEVIN D. LEWIS,**

having previously been convicted of a felony offense under the laws of the State of Illinois, knowingly possessed a firearm, namely, a Smith & Wesson .357 caliber revolver, model: 66-2, serial number 125K566, said firearm having previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

s/ Foreperson

FOREPERSON

s/ John K. Mehochko

RODGER A. HEATON
United States Attorney
CSB