AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America <br> v. <br><br> KEVIN D. LEWIS <br><br> *Defendant* | ) <br> ) <br> ) Case No. 09-20038 <br> ) <br> ) |

SEALED

US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2009 MAY 22 P 1:2

## ARREST WARRANT

To: Any authorized law enforcement officer

 YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
 Count 1:  Possession of a Firearm by a Felon (18 USC § 922(g)(1))

FILED
AUG 27 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

 s/ David G. Bernthal

Date: 05/21/2009 _____
 *Judicial officer's signature*

City and state:  Urbana, IL     DAVID G. BERNTHAL, U.S. MAGISTRATE JUDGE
 *Printed name and title*

### Return

 This warrant was received on *(date)* 05/22/09 , and the person was arrested on *(date)* 08/11/09
at *(city and state)* Chicago, IL .

Date: 08/13/09
 _____
 *Arresting officer's signature*

 Larry Wolf, S
 *Printed name and title*