I Kevin Lewis Jr has moved from _____ Decatur IL 62526
My new address is _____
Decatur IL 62522  Thank you

Kevin Lewis Jr

Fax to Gwen Powell