**E-FILED**
Thursday, 07 August, 2014  12:58:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### FOR THE
## CENTRAL DISTRICT OF ILLINOIS

**Report and Order Terminating Probation/Supervised Release**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.  09-20038-001 |
| | ) | |
| KEVIN D. LEWIS | ) | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on August 2, 2014, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*Susan C. Silver*

Susan C. Silver
Supervising U.S. Probation Officer

SCS:kjb

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 7th day of August, 2014.

/s/ Harold A. Baker

_____

HAROLD A. BAKER
United States District Judge